# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D17-4282

———————————————

ELISA CORTESE,

   Appellant,

   v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

   Appellee.

———————————————

On appeal from the Department of Children and Families.
Melissa Roedel, Hearing Officer.

April 30, 2019

PER CURIAM.

   AFFIRMED.

B.L. THOMAS, C.J., and BILBREY and JAY, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Elisa Cortese, pro se, Appellant.

Eric D. Schurger, Assistant Regional Counsel, Department of Children and Families, Pensacola, for Appellee.